UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08CR0020 RWS/TCM |
| | ) | |
| CALVIN JUNIOR BRADEN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY ORDERED** that Defendant's Motion for Disclosure of Informant [Doc. 21] is **DENIED**.

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Evidence [Doc. 22] should be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact. See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of April, 2008.